### F. L. DUVALL v. P. O. ELLIOTT ET AL.

(Filed 19 December, 1924.)

APPEAL by defendants from *Ray, J.,* at July Term, 1924, of SWAIN. Civil action in ejectment and to recover damages for wrongful possession.

From a verdict and judgment in favor of plaintiff, the defendants appeal, assigning errors.

*S. W. Black for plaintiff.*
*Dillard & Hill for defendants.*

PER CURIAM. Appellants' exceptive assignments of error relate chiefly to questions of evidence and to portions of the charge. A careful perusal of the record leaves us with the impression that the cause has been tried in substantial accord with the decisions bearing upon the questions involved. The case presents no new matter which would seem to warrant an extended discussion, or which we apprehend would be helpful or beneficial to the profession. We are of opinion that the errors assigned should be resolved in favor of the validity of the trial. The verdict and judgment will be upheld.

No error.